NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>   Plaintiff,<br><br>   v.<br><br>MATERESA CORPORATION, a British Virgin Islands Corporation; ROSEWOOD RESTAURANT, INC., a California Corporation; and Does 1-10,<br><br>   Defendants, | Case No.: 2:14-CV-09664-SJO-AJW<br><br>**ORDER** |

### **ORDER**

Having reviewed the Plaintiff's Notice of Settlement, the Court sets an Order to Show Cause re Dismissal hearing on Monday, June 29, 2015 @ 8:30 a.m. If the parties lodge the appropriate dismissal pursuant to FRCP 41 prior to this hearing date, this matter will be taken off the Court's calendar.

**IT IS SO ORDERED.**

**April 29, 2015.**

Dated: _____    _____
                         HONORABLE S. JAMES OTERO
                         United States District Court Judge